STOLLWERCK BROS., INC., Appellant, v. GEORGE W. CROOKS and JAMES E. PRICE, Respondents.— Judgment unanimously affirmed, with costs.

RHODA A. SMITH, Respondent, v. CATHARINE TINKLEPAUGH, Appellant, Impleaded with Others.— Interlocutory judgment unanimously affirmed, with costs, with leave to appellant to serve an answer within twenty days on payment of such costs and of the costs awarded by the interlocutory judgment.

DANIEL J. SHANAHAN, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment of the Court of Claims affirmed, with costs. All concurred, except Howard, J., who dissented.

CYRUS D. SMITH, Respondent, v. HENRY A. FITZSIMMONS, Appellant. — Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the recovery to $750, in which event the judgment is so modified, and as modified judgment and order affirmed, without costs. All concurred.

HAROLD W. THOMAS, Respondent, v. FRED COLBATH, Appellant.— Judgment unanimously affirmed, with costs.

SARAH J. UNGARD, as Administratrix, etc., of CLYDE· E. UNGARD, Deceased, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.—Order unanimously affirmed, with costs.

IDA J. VOSBURGH, Appellant, v. ELMER J. VOSBURGH, as Executor, etc., of WILLIAM VOSBURGH, Deceased, Respondent.— Judgment unanimously affirmed, with costs.

CHARLES A. VROOMAN, Appellant, v. TOWN OF SANFORD, Respondent. — Order reversed, verdict reinstated, and judgment directed to be entered thereon, with costs of the action and of this appeal; this court being of the opinion that the verdict was not against the weight of the evidence. All concurred.

FREMONT F. WILLIAMS, Appellant, v. LIZZIE MERRILL, Respondent.— Judgment unanimously affirmed, with costs.

GEORGE J. WALLETT, Respondent, v. THE RUTLAND RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, P. J., who dissented.

ANNA WEIGAND, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Cochrane, J., who dissented.

ANNIE PAGE WARD, Appellant, v. NEW YORK LIFE INSURANCE COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs.

EDWARD MOORE, Trading as MOORE BROS., Respondent, v. THE AMERICAN MOLASSES COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.